YORK, Appellant.— Motion to dispense with printing brief and to submit typewritten brief. Motion granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK· ex rel. KINGDON DE NORMAND, Appellant, v. WILLIAM E. SNYDER, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to extend time within which to perfect appeal. Application granted and time within which to perfect appeal extended sixty days. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERRIS DREEKA, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion to prosecute appeal on typewritten papers granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ELLEN DUERR, Appellant, against THE CHILDS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record granted. Ernest Tischler, attorney at law, is designated as attorney to prosecute said appeal. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE FREDERICK, Appellant.— Application to extend time within which to perfect appeal. Application granted and time within which to perfect appeal extended sixty days. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Unemployment Insurance Benefits of ISAAC LAPIDUS, Appellant, against FRIEDA S. MILLER, Industrial Commissioner, and DIVISION OF PLACEMENT AND UNEMPLOYMENT INSURANCE, Respondents.— Motion for leave to appeal on typewritten record granted; otherwise motion denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE McNASPIE, Appellant.— Motion for leave to appeal as a poor person on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of PATRICK F. ROX for an Order Pursuant to the Provisions of Article 78 of the Civil Practice Act to Review and Annul the Determination of JOSEPH A. DOHERTY in Removing Him from the Position of Detective in the Saratoga Springs Police Department, to Command ARTHUR J. LEONARD, as Commissioner of Public Safety, to Reinstate Him to Said Position, and to Command MARY J. MULQUEEN, as Commissioner of Finance of Said City, to Pay Him His Salary Therefor. PATRICK F. ROX, Petitioner, Respondent, v. JOSEPH A. DOHERTY, Respondent, Appellant, ARTHUR J. LEONARD, as Commissioner of Public Safety, and MARY J. MULQUEEN, as Commissioner of Finance, of City of Saratoga Springs, N. Y., Respondents. — Motion denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of YETTA STAPHOLTZ, Respondent, against ROTHMAN COMPANY and SPECIAL FUND FOR REOPENED CASES UNDER SEC. 25-A, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of EUGENIE DEMENY, Respondent, against JAMES W. GERARD and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellants.